# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

12/30/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 1:58:48 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:    2014-70102    COURT:   11TH    TENTATIVE DUE DATE:    1/23/2016

APPEAL TYPE    REGULAR (MTN FOR NEW TRIAL FILED)    CASE STATUS:    DISPOSED (FINAL)

APPELLANT:    BSG-SPENCER HIGHWAY JOINT VENTURE AND BEST STORAGE GROUP, L.L.C.

APPELLEE:    MUNIBA ENTERPRISES, INC.

EVENT FILE DATE    12/28/2015    NUMBER OF DAYS: 120

EVENT CODES;    BC, C, OA,

FILED BY:    **WILLIAM S CHESNEY III**    TBN:    **4186550**

DATE ORDER SIGNED    9/25/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    67248474    VOLUME:    PAGE:

MOTION FOR NEW TRIAL FILING DATE:    : October 20, 2015

NOTES:

**CHRIS DANIEL**
**Harris County, District Clerk**

By:   /s/DUANE C. GILMORE
DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL
CR    CROSS-APPEAL

M2-0443.1

## CAUSE NO. 2014-70102

| | | |
|---|---|---|
| **MUNIBA ENTERPRISES, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **BSG-SPENCER HIGHWAY JOINT** | § | |
| **VENTURE and BEST STORAGE** | § | |
| **GROUP, L.L.C.** | § | **11th JUDICIAL DISTRICT** |

### NOTICE OF APPEAL

Pursuant to Rule 25 of the TEXAS RULES OF APPELLATE PROCEDURE, Defendants, BSG-Spencer Highway Joint Venture and Best Storage Group, L.L.C. (jointly "BSG"), here gives notice of their desire to appeal from a Judgment dated September 29, 2015 ("Judgment") as more fully set forth below:

1.     The trial court, case number and style of the cause being appealed from is set forth hereinabove.

2.     The Judgment/FIRST AMENDED FINAL JUDGMENT BSG seeks to appeal was entered by the trial court on September 29, 2015.

3.     BSG appeals the Judgment to the 1st/14th Judicial District Court of Appeals for the State of Texas.

4.     The party filing this notice is (i) **BSG-Spencer Highway Joint Venture**, and (ii) **Best Storage Group, L.L.C.**, and are the parties affected by the Judgment of the trial court.

5.     BSG did timely file a MOTION FOR NEW TRIAL on October 20, 2015, which was overruled by operation of law on about December 14, 2015.

**SIGNED** this 28 Th day of December, 2015.

Respectfully submitted,

**FRANK, ELMORE, LIEVENS, CHESNEY & TURET, L.L.P.**

William S. Chesney, III
State Bar No. 04186550
William L. Van Fleet
State Bar No. 20494750
9225 Katy Fwy, Ste. 250
Houston, Texas 77024-1564
Telephone: 713.224.9400
Facsimile: 713.224.0609
wchesney@felct.com

**ATTORNEYS FOR PLAINTIFF**

M2-0443.3

# CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing

**NOTICE OF APPEAL** has been forwarded by fax and first class U.S. mail to:

**Via fax: 713-526-3750**
Mr. Keith M. Remels
Dow, Golub, Remels & Beverly, LLP
9 Greenway Plaza, Ste. 500
Houston, Texas 77089

**SIGNED** this 28th day of December, 2015.

William S. Chesney, III

9/25/2015 2:58:29 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 7107670
By: KOSSIE, KENYA
Filed: 9/25/2015 2:58:29 PM

CAUSE NO. 2014-70102

Pgs-10

NPTJ

| | | |
|---|---|---|
| MUNIBA ENTERPRISES. INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| BSG-SPENCER HIGHWAY JOINT | § | |
| VENTURE, G.P., AND BEST STORAGE | § | |
| GROUP. LLC. | § | 11TH JUDICIAL DISTRICT |

## FIRST AMENDED FINAL JUDGMENT

On April 28 and 29, 2015, all parties appeared in person and through their attorneys of record and announced ready for trial. After the conclusion of evidence and based upon the pleadings and other matters on file, the Court enters judgment in favor of Plaintiff Muniba Enterprises, Inc. and against Defendants BSG-Spencer Highway Joint Venture, GP and Best Storage Group, LLC.

Defendants BSG-Spencer Highway Joint Venture, GP ("BSG-Spencer") and Best Storage Group, LLC ("Best Storage") (collectively "Defendants") moved for directed verdict at the close of Plaintiff Muniba Enterprises, Inc.'s ("Muniba") presentation of evidence. The Court denied the motion.

Muniba thereafter moved for a trial amendment to add the claims of (1) easement by necessity, and (2) easement by estoppel. The Court granted the request and Muniba filed its Supplemental Petition.

Defendants then presented their evidence and rested.

Based upon the evidence presented at trial, the findings of the Court, and the arguments made by Muniba and Defendants, and any responses thereto, the Court makes the following orders:

It is ORDERED that the following restrictive covenants recorded in the Real Property Records of Harris County, Texas:

- Declaration of Restrictions and Grant of Easements dated June 21, 1994, found under file number P924505 ("Declaration");

- First Amendment to the Declaration of Restrictions and Grant of Easements dated December 16, 1994, found under file number R374491 ("First Amendment"); and

- Second Amendment to the Declaration of Restrictions and Grant of Easements dated August 4, 1995, found under file number R521761 ("Second Amendment")

(collectively the "Restrictive Covenants") are valid and enforceable contracts which are not ambiguous. It is, further,

ORDERED that Restrictive Convenants contain a valid and enforceable easement for ingress and egress. It is, further,

ORDERED that Muniba and Parcel 1, legally described as follows:

> ALL OF RESERVE "B" OF ALBERTSON'S CENTER STREET, AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED UNDER FILM CODE NO. 364059 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS

are entitled to a perpetual non-exclusive easement for ingress and egress by vehicular and pedestrian traffic upon, over and across those portions of Parcel 2, legally described as follows:

> ALL OF RESTRICTED RESERVE "A", OF ALBERTSON'S CENTER STREET, A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED UNDER FILM CODE NO. 364059 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS

for vehicular and pedestrian ingress and egress for the purpose of providing straight uninterrupted and unobstructed access upon, over and across Parcel 2 to Parcel 1 to and from Center Street and to and from Spencer Highway. It is, further,

ORDERED that the perpetual non-exclusive easement for ingress and egress upon, over and across Parcel 2 to Parcel 1 from Spencer Highway must be a straight unobstructed and uninterrupted route that is at least twenty-eight (28) feet wide. Muniba and Parcel 1's access for ingress and egress upon, over and across Parcel 2 to Parcel 1 from Spencer Highway shall have an

2

uninterrupted and unobstructed straight line-of sight easement. No action is required by Muniba, Parcel 1, or any future owners of Parcel 1 to obtain the straight uninterrupted and unobstructed perpetual non-exclusive easement for ingress and egress upon, over and across Parcel 2 to Parcel 1 from Spencer Highway. Further, no action is required by Muniba, Parcel 1, or any future owners of Parcel 1 to obtain an uninterrupted and unobstructed straight line-of-sight easement over, upon and across Parcel 2 to Parcel 1 to and from Spencer Highway. Parcel 1 shall have an easement for the purpose of vehicular and pedestrian ingress and egress upon, over and across Parcel 2 to and from Spencer Highway and to and from Center Street as specifically described and depicted in the metes and bounds description attached as Exhibit A and the drawing attached hereto as Exhibit A-1 and incorporated herein (the "Easement Tracts"). This judgment may be recorded in the Real Property Records of Harris County, Texas and shall run with the land. It is, further,

ORDERED, that the Easement Tracts are intended to provide Parcel 1 with uninterrupted access to and from Spencer Highway and to and from Center Street (or such other names as those currently dedicated public rights of way shall be known in the future). No vehicles may be parked at any time upon the Easement Tracts. The Easement Tracts are to remain free of any temporary or permanent obstruction, including, without limitation, fencing, curbed areas, and support structures for canopies or awnings. It is, further,

ORDERED that no supporting portion of the canopy/awning on the eastern side of BSG-Spencer's Building A on Parcel 2 from the ground to the currently existing canopy/awning (which shall remain at a height not less than 17 feet above the surface) may exist within the Easement Tracts and all columns, supporting structures, and concrete footings must be removed by Defendants within thirty (30) days after the signing of this Final Judgment. It is, further,

ORDERED that the Clerk of the Court shall issue a permanent injunction enjoining

3

Defendants from constructing a fence, supporting structures for a canopy/awning or any structure on Parcel 2 that (i) would eliminate Parcel 1 and Muniba's right to straight uninterrupted and unobstructed access upon, over and across Parcel 2 to Parcel 1 from Spencer Highway; (ii) would eliminate Parcel 1 and Muniba's right to an uninterrupted and unobstructed straight line-of-sight upon, over and across Parcel 2 to Parcel 1 from Spencer Highway; and (iii) would exist within tthe Easement Tracts. It is, further,

ORDERED that the Clerk of this Court shall issue a permanent injunction enjoining Defendants from using any building located on Parcel 2 for residential purposes. It is, further,

ORDERED that the term "a building" as used in Paragraph 2(b) of the Second Amendment means one additional building. It is, further,

ORDERED that no additional buildings may be built on Parcel 2. It is, further,

ORDERED that BSG-Spencer's counterclaims of trespass and nuisance are barred by the statute of limitations and as such, BSG-Spencer take nothing by way of its claims against Muniba. It is, further,

ORDERED that the Easement Tracts established herein shall run with Parcel 1 and Parcel 2 and be binding upon any subsequent owners of Parcel 1 and Parcel 2. It is, further,

ORDERED that Plaintiff Muniba Enterprises, Inc. is the prevailing party pursuant to Section 14 of the Declaration of Restrictions and Grant of Easements and therefore is entitled to recover from the Defendants reasonable costs and attorneys' fees including its reasonable costs and attorneys' fees in any appeal. It is, further,

ORDERED that Plaintiff Muniba Enterprises, Inc. shall have and recover from Defendants the sum of $54,800.00 in reasonable and necessary attorneys' fees and $4,567.00 in expenses which were incurred through the trial of this cause. In the event of a successful appeal to the Court

4

of Appeals, Muniba's reasonable and necessary attorneys' fees will be $25,000.00, and in the event of a Petition for Review to the Texas Supreme Court, Muniba's reasonable and necessary fees will be an additional $15,000.00, and in the event the Petition for Review should be granted, the additional reasonable and necessary attorneys' fees will be $10,000.00. It is, further,

ORDERED that Plaintiff have and recover from Defendants the costs of any survey and metes and bounds description obtained to describe the Easement Tracts for ingress and egress from Parcel 2 to Parcel 1 from Spencer Highway. It is, further,

ORDERED that all sums awarded to Plaintiff Muniba Enterprises, Inc. in this Final Judgment shall bear post judgment interest at the rate of five percent (5%) per annum, or the maximum amount permitted by law, from the date of this Final Judgment until fully paid by Defendants. It is, further,

ORDERED that all costs incurred herein are taxed against Defendants.

All other relief requested by any party and not expressly granted in this Final Judgment is hereby denied.

This is a Final Judgment as to all parties and all claims.

SIGNED this _____ day of _____, 2015.

Signed:
9/29/2015 _____
JUDGE PRESIDING

*[Approved as to form by all counsel on following page]*

5

APPROVED AS TO FORM ONLY:

DOW GOLUB REMELS & BEVERLY, LLP

By: ___/s/ Keith M. Remels_____
Keith M. Remels
Texas Bar Number 16765800
kremels@dowgolub.com
Katherine M. Gonyea
Texas Bar No. 24066701
kgonyea@dowgolub.com
9 Greenway Plaza, Suite 500
Houston, Texas 77089
(T) (713) 526-3700/ (F) (713) 526-3750

ATTORNEYS FOR PLAINTIFF

FRANK, ELMORE, LIEVENS,
CHESNEY & TURET, L.L.P.

BY: _/s/ William S. Chesney, III___
William S. Chesney, III
Texas Bar Number 04186550
William L. Van Fleet
Texas Bar Number 20494750
9225 Katy Fwy., Suite 250
Houston, TX 77024-1564

ATTORNEYS FOR DEFENDANTS

## METES AND BOUNDS DESCRIPTION OF AN ACCESS EASEMENT OF VARYING WIDTHS SITUATED IN THE CITY OF PASADENA, HARRIS COUNTY, TEXAS

**EASEMENT TRACT 1:**

BEING A TRACT OF LAND CONTAINING 0.9499 ACRES (41,377 SQUARE FEET) OUT OF RESERVE "A" OF ALBERTSON'S CENTER STREET, PASADENA, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN FILM CODE NO. 364059 OF THE HARRIS COUNTY MAP RECORDS, SAID 0.9499 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF RESERVE "B", OF SAID ALBERTSON'S CENTER STREET, SAME BEING AN UPPER SOUTHEAST CORNER OF SAID RESERVE "A", BEING IN THE WEST RIGHT-OF-WAY LINE OF CENTER STREET AND BEING THE SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 89 DEGREES 58 MINUTES 00 SECONDS WEST, A DISTANCE OF 204.01 FEET ALONG THE NORTH LINE OF SAID RESERVE "B" TO A POINT FOR THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 01 DEGREES 41 MINUTES 01 SECONDS EAST, ACROSS SAID RESERVE "A", A DISTANCE OF 204.55 FEET TO A POINT FOR AN INTERIOR CORNER OF SAID RESERVE "A" AND BEING THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 89 DEGREES 58 MINUTES 00 SECONDS EAST, A DISTANCE OF 200.00 FEET ALONG THE NORTH LINE OF SAID RESERVE "A" TO A POINT FOR THE MOST EASTERLY NORTHEAST CORNER OF SAID RESERVE "A" AND THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 00 DEGREES 05 MINUTES 04 SECONDS EAST, A DISTANCE OF 49.54 FEET ALONG THE WEST RIGHT-OF-WAY LINE OF CENTER STREET (WIDTH VARIES), SAME BEING THE EAST LINE OF SAID RESERVE "A" AND THE HEREIN DESCRIBED TRACT TO A POINT OF CURVATURE TO THE RIGHT;

THENCE IN A SOUTHERLY DIRECTION ALONG SAID CURVE TO THE RIGHT CONTINUING ALONG THE WEST RIGHT-OF-WAY LINE OF SAID CENTER STREET AND THE EAST LINE OF SAID RESERVE "A" AND HAVING A RADIUS OF 1950.00 FEET, A CENTRAL ANGLE OF 00 DEGREES 56 MINUTES 56 SECONDS, A CHORD BEARING SOUTH 00 DEGREES 23 MINUTES 24 SECONDS WEST, A CHORD DISTANCE OF 32.29 FEET AND AN ARC LENGTH OF 32.29 FEET TO A POINT OF TANGENCY;

THENCE SOUTH 00 DEGREES 51 MINUTES 52 SECONDS WEST, CONTINUING ALONG THE WEST RIGHT-OF-WAY LINE OF SAID CENTER STREET AND THE EAST LINE OF SAID RESERVE "A", A DISTANCE OF 122.64 FEET TO THE POINT OF BEGINNING, CONTAINING 0.9499 ACRES (41,377 SQUARE FEET) OF LAND, MORE OR LESS.

**EASEMENT TRACT 2:**

BEING A TRACT OF LAND CONTAINING 0.1636 ACRES (7,125 SQUARE FEET) OUT OF RESERVE "A" OF ALBERTSON'S CENTER STREET, PASADENA, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN FILM CODE NO. 364059 OF THE HARRIS COUNTY MAP RECORDS, SAID 0.1636 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF RESERVE "B", OF SAID ALBERTSON'S CENTER STREET, SAME BEING A LOWER NORTHEAST CORNER OF SAID RESERVE "A", BEING IN THE WEST RIGHT-OF-WAY LINE OF CENTER STREET AND BEING THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 00 DEGREES 51 MINUTES 52 SECONDS WEST, ALONG THE EAST LINE OF SAID RESERVE "A", SAME BEING THE WEST RIGHT-OF-WAY LINE OF SAID CENTER STREET, A DISTANCE OF 30.00 FEET TO A POINT FOR THE SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 89 DEGREES 58 MINUTES 00 SECONDS WEST, A DISTANCE OF 237.51 FEET TO A POINT FOR THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 00 DEGREES 51 MINUTES 52 SECONDS EAST, A DISTANCE OF 30.00 FEET TO A POINT FOR THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 89 DEGREES 58 MINUTES 00 SECONDS EAST, A DISTANCE OF 237.51 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.1636 ACRES (7,125 SQUARE FEET) OF LAND, MORE OR LESS

**EASEMENT TRACT 3:**

BEING A TRACT OF LAND CONTAINING 0.4488 ACRES (19,552 SQUARE FEET) OUT OF RESERVE "A" OF ALBERTSON'S CENTER STREET, PASADENA, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN FILM CODE NO. 364059 OF THE HARRIS COUNTY MAP RECORDS, SAID 0.4488 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF RESERVE "B" OF SAID ALBERTSON'S CENTER STREET, SAME BEING AN INTERIOR CORNER OF SAID RESERVE "A" AND BEING THE SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 89 DEGREES 58 MINUTES 00 DEGREES WEST, A DISTANCE OF 33.50 FEET TO THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 00 DEGREES 51 MINUTES 52 SECONDS EAST, A DISTANCE OF 144.91 FEET TO AN ANGLE POINT IN THE WEST LINE OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 01 DEGREES 41 MINUTES 01 SECONDS EAST, A DISTANCE OF 204.29 FEET TO AN ANGLE POINT IN THE WEST LINE OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 00 DEGREES 02 MINUTES 00 SECONDS WEST, A DISTANCE OF 74.65 FEET TO AN ANGLE POINT IN THE WEST LINE OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 12 DEGREES 44 MINUTES 39 SECONDS WEST, A DISTANCE OF 128.06 FEET TO A POINT IN THE SOUTH RIGHT-OF-WAY LINE OF SPENCER HIGHWAY, SAME BEING THE NORTH LINE OF SAID RESERVE "A" AND BEING THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 89 DEGREES 58 MINUTES 00 SECONDS EAST, A DISTANCE OF 36.62 FEET ALONG THE SOUTH RIGHT-OF-WAY LINE OF SAID SPENCER HIGHWAY, SAME BEING THE NORTH LINE OF SAID RESERVE "A" TO A POINT FOR THE MOST NORTHERLY NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 15 DEGREES 50 MINUTES 20 SECONDS EAST, A DISTANCE OF 29.02 FEET TO A POINT FOR AN INTERIOR CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE NORTH 89 DEGREES 01 MINUTES 18 SECONDS EAST, A DISTANCE OF 17.15 FEET TO A POINT FOR THE MOST EASTERLY NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 00 DEGREES 02 MINUTES 00 SECONDS EAST, A DISTANCE OF 172.39 FEET TO AN ANGLE POINT IN THE EAST LINE OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 01 DEGREES 41 MINUTES 01 SECONDS WEST, A DISTANCE OF 204.55 FEET TO AN ANGLE POINT IN THE EAST LINE OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 00 DEGREES 51 MINUTES 52 SECONDS WEST, A DISTANCE OF 144.18 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.4488 ACRES (19,552 SQUARE FEET) OF LAND, MORE OR LESS.

Exhibit A



**EXHIBIT**

**A-1**

**EXHIBIT TO SHOW
ACCESS EASEMENTS
ACROSS RESERVE "A"**

RESERVE "B"
ALBERTSON'S CENTER STREET
(F.C. NO. 364089 H.C.M.R.)
0.6752 ACRES
(29,411 SQ. FT.)

TRACT SE-2
7444 SPENCER HWY.

SPENCER HIGHWAY
(PUBLIC R.O.W.)

CENTER STREET
(PUBLIC R.O.W. VARIES)

SOUTH TEXAS SURVEYING ASSOCIATES, INC.
Richmond Ave. Bldg F Suite 100, Houston, Texas 77042
281-556-6918   FAX: 281-556-9421
Firm Number: 10045400

DRAWN BY: JM

CHECKED BY: FRI          SCALE: 1"=30'

JOB NO.: 924-15D          SHEET 1 OF 2

JOB NO:924-1D

```
JUFC7 (NSK#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      DEC 30, 2015(C1)
INT6510                    CIVIL CASE INTAKE               OPT: _____  -  INT
                         GENERAL PARTY INQUIRY             PAGE:   1  -    1

CASE NUM: 201470102__ PJN> __  TRANS NUM: _____ CURRENT COURT: 11  PUB? _
CASE TYPE: BREACH OF CONTRACT          CASE STATUS: DISPOSED (FINAL)
STYLE: MUNIBA ENTERPRISES INC          VS BSG-SPENCER HIGHWAY JOINT VENTURE
=============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR      PERSON NAME              PTY   ASSOC. ATTY
  NUM   NUMBER                                          STAT
_     00002-0002 XPL 04186550 BSG-SPENCER HIGHWAY JOINT VENT   CHESNEY, WILL
_     00001-0002 XDF 16765800 MUNIBA ENTERPRISES INC           REMELS, KEITH
_     00003-0001 DEF 04186550 BEST STORAGE GROUP LLC           CHESNEY, WILL
_     00002-0001 DEF 04186550 BSG-SPENCER HIGHWAY JOINT VENT   CHESNEY, WILL
_     00001-0001 PLT 16765800 MUNIBA ENTERPRISES INC           REMELS, KEITH




==> (5) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```